

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00205-CV

| | | |
|---|---|---|
| In the Matter of J.B., Jr. | § | From the 323rd District Court |
| | § | of Tarrant County (323-102791-16) |
| | § | April 27, 2017 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's commitment order. The commitment order is modified to reflect that J.B., Jr. was born on the "2ND day of November, 2001." It is ordered that the commitment order of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr